**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CAROL J. MADSEN and BONNIE E. REYNOLDS,
as co-executors of the estate of Albert E. Madsen, deceased,

    Plaintiffs,

v.                                                                  CASE NO: 8:08-cv-423-T-26EAJ

STONEBRIDGE LIFE INSURANCE COMPANY,

    Defendant.
_____/

## **O R D E R**

Upon due consideration of Plaintiffs' Response to Defendant's Motion to Dismiss (Dkt. 13), it is ordered and adjudged as follows:

1) Defendant's Motion to Dismiss (Dkt. 11) is granted.

2) Plaintiffs' complaint is dismissed without prejudice.

3) Plaintiffs shall file an amended complaint substituting the proper individuals as party plaintiffs on or before April 21, 2008.

4) Defendant shall file its response to the amended complaint within ten (10) days of service.

**DONE AND ORDERED** at Tampa, Florida, on March 31, 2008.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA
                                          UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record